**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | Chapter 9 |
| CITY OF CHESTER, PENNSYLVANIA, | Bankr. Court Case No. 22-13032-amc |
| Debtor. | |
| AQUA PENNSYLVANIA WASTEWATER, INC. | CIVIL ACTION<br><br>No. 23-2151 |
| v. | |
| CITY OF CHESTER, PENNSYLVANIA,<br>Appellee. | |

<u>**ORDER**</u>

**AND NOW**, this 16th day of April, 2026, upon consideration of Appellant Aqua Pennsylvania Wastewater, Inc.'s appeal from the Bankruptcy Court's May 23, 2023 Order Granting the Motion of Debtor Pursuant to Section 362 of the Bankruptcy Code for Entry of an Order Enforcing the Automatic Stay of Proceedings Pending Before the Pennsylvania Public Utility Commission, the briefs of the parties, and the record on appeal, and for the reasons set forth in the accompanying Opinion, it is hereby **ORDERED** that:

1. The Bankruptcy Court's May 23, 2023 order, **Bankr. ECF No. 351**, is **AFFIRMED**.

2. To the extent Appellant seeks separate review of any denial of affirmative stay relief, any such challenge is **WAIVED** and, in any event, not properly before this Court.

3. Appellant's request that the Court take judicial notice of the Bankruptcy Court's April 11, 2024 order, **Bankr. ECF No. 549**, is **GRANTED** solely for the limited purpose of

acknowledging a subsequent procedural development. The Court accords that order no substantive weight in resolving the merits of this appeal.

4.  The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

_____
HON. MIA R. PEREZ